

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:        Clay Ammerman and Erin Ammerman  **v.**  Johnny and Angela Wilson

Appellate case number:     01-17-00448-CV

Trial court case number:   16-01-23529

Trial court:                     506th District Court of Waller County

Date motion filed:            September 27, 2018

Party filing motion:          appellants, Clay and Erin Ammerman

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
                            ☐ Acting individually     ☒ Acting for the Court

Panel consists of: Justices Keyes, Bland, and Massengale


Date:  November 29, 2018